JAP:KLK

**15 M 0550**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

CHARLES QUEEN,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

AFFIDAVIT AND COMPLAINT IN SUPPORT OF APPLICATION FOR ARREST WARRANT
18 U.S.C. § 922(g)(1)

EASTERN DISTRICT OF NEW YORK, SS:

    ERIC MURRAY, being duly sworn, deposes and says that he is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, duly appointed according to law and acting as such.

    Upon information and belief, on or about June 8, 2015, within the Eastern District of New York, the defendant CHARLES QUEEN, having been convicted in a court of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce firearms, to wit, a Jennings .22 caliber semiautomatic pistol and a Iver Johnson .32 caliber revolver, and ammunition.

    (Title 18, United States Code, Section 922(g)(1))

    The source of your deponent's information and the grounds for his belief are as follows[1]:

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest, I have not set forth every fact learned during the course of this investigation.

1

1. My information in this case comes from reviews of records of the New York City Police Department ("NYPD") and other Government agencies, and conversations with NYPD officers.

2. On or about June 8, 2015, at approximately 10:00 p.m., NYPD officers responded to a request for assistance from Emergency Medical Technicians (EMTs) who were responding to a 911 call at 8800 20th Avenue, Apartment 2E in Brooklyn, New York.

3. The NYPD officers entered the apartment and spoke with the defendant CHARLES QUEEN, who resided in the apartment. The NYPD officers and EMTs suggested the defendant allow the EMTs to transport him to a hospital in order for him to receive medical attention for a medical condition. The defendant agreed to voluntarily go to the hospital, but asked to speak with one of the NYPD officers in an adjacent bathroom before leaving the apartment.

4. Once inside the bathroom, the defendant CHARLES QUEEN removed a Jennings .22 caliber pistol from the back pocket of his pants and placed it on top of the toilet tank. QUEEN also removed an Iver Johnson .32 caliber revolver from the right front pocket of his pants and placed it on top of the toilet tank. QUEEN removed a box of ammunition from the left front pocket of his pants and placed it on top of the toilet tank as well.

5. The defendant CHARLES QUEEN was placed under arrest. QUEEN was taken to a hospital for medical attention, accompanied by NYPD officers, and later taken to the police precinct for processing. The defendant was advised of his Miranda rights, which he waived. In an post-Miranda interview with NYPD officers, the defendant admitted, in sum and substance, that he was in possession of firearms and ammunition on June 8, 2015.

6. Based on my training and experience as an ATF Special Agent, I have learned that all Jennings .22 caliber semiautomatic pistols and Iver Johnson .32 caliber revolvers are manufactured outside the State of New York.

9. I have reviewed the defendant CHARLES QUEEN's criminal history records and have determined that the defendant has been convicted of the following felony crimes: on or about September 20, 2001, in a New York State court, in the Kings County Supreme Court, the crime of operating a motor vehicle while under the influence of alcohol or drugs, in violation of New York Vehicle and Traffic Law, which is a crime punishable by a term of imprisonment of more than one year.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant CHARLES QUEEN so that he may be dealt with according to law.

Eric Murray
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me this
18th day of June, 2015

THE HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK